# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LAWRENCE HARPER, : No. 118 EM 2015

Petitioner :

v. :

COMMON PLEAS COURT OF
PHILADELPHIA, COUNTY CLERK OF
THE COURT (CRIM. DIV.) AND
PRESIDENT JUDGE PAMELA PRIOR
DEMBE,

Respondents :

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of November, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted)  The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.